PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
CASPAR CHAN, CSBN 294804
Special Assistant United States Attorney
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: 510-970-4810
    Facsimile: 415-744-0134
    Email: Caspar.Chan@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| ASHLEY KOENEKE,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 2:24-cv-01006-JDP<br><br>**STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY REMAND** |

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision. The parties agree that no specific aspect of the Commissioner's final decision is affirmed.

    On remand, the Commissioner will offer Plaintiff the opportunity for a hearing; develop the record as necessary; and issue a new decision. The parties further request that the Clerk of the Court be

directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.  Plaintiff's motion for summary judgment, ECF No. 9, is denied as moot.

Date: <u>August 28, 2024</u>       LAW OFFICES OF FRANCESCO BENAVIDES

                                        By:   */s/ Francesco Benavides\**
                                                   FRANCESCO BENAVIDES
                                                   *Authorized by email on July 26, 2024*
                                                   Attorneys for Plaintiff

Date: <u>August 28, 2024</u>       PHILIP A. TALBERT
                                                       United States Attorney
                                                       Eastern District of California

                                        By:   */s/ Caspar Chan*
                                                   CASPAR CHAN
                                                   Special Assistant United States Attorney
                                                   Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED

IT IS SO ORDERED.

Dated:   August 28, 2024                     _____
                                                             JEREMY D. PETERSON
                                                             UNITED STATES MAGISTRATE JUDGE